UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

JUAN CARLOS BOHORQUEZ-VALENCIA,

Petitioner,

v. Case No. 3:26-cv-851-MMH-SJH

GARRETT RIPA,[1] et al.,

Respondents.

---

**ORDER**

Petitioner Juan Carlos Bohorquez-Valencia, an immigration detainee, initiated this action through counsel by filing a Petition for Writ of Habeas Corpus (Doc. 1) on April 10, 2026. In the Petition, Bohorquez-Valencia challenges his failure to receive a constitutionally adequate bond hearing. See generally id. As relief, he asks the Court to direct his immediate release. Id. at 50.

When Bohorquez-Valencia filed the Petition, he did not have a final order of removal and, therefore, was detained pursuant to 8 U.S.C. § 1226. However, circumstances have changed. Bohorquez-Valencia now has a final order of removal that subjects him to mandatory detention under 8 U.S.C. § 1231. See

---

[1] The Clerk is directed to change Respondent's first name to "Garrett" on the docket.

Doc. 13 at 1–2. As such, any claims regarding his pre-final-order-of-removal detention are moot.

Accordingly, it is **ORDERED**:

1. Bohorquez-Valencia's Petition for Writ of Habeas Corpus (Doc. 1) is **DISMISSED as moot**.

2. The **Clerk** is directed to terminate any motions, enter judgment dismissing the Petition as moot, and close the file.

**DONE AND ORDERED** at Jacksonville, Florida, this 31st day of August, 2026.

**MARCIA MORALES HOWARD**
United States District Judge

Jax-9 8/31
c:
Counsel of record